MICHAEL A. WHITE, LLC  
Attorney at Law  
Post Office Box 5222  
Saipan, Mariana Islands 96950  
Telephone 234-6547  

ATTORNEY FOR Plaintiff

F I L E D  
Clerk  
District Court  

JAN 2 8 2008  

For The Northern Mariana Islands  
By_____  
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT  
FOR THE  
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HU ZHEN BAI and GUI SHU QUAN, | : | CIVIL ACTION NO. 01-0038 |
| Plaintiffs, | : | |
| -v- | : | |
| SAIPAN HWA RANG CORPORATION, | : | |
| dba HONEYMOON MOTEL and | : | |
| YUNG SOON CHA, | : | |
| Defendants. | : | |

MOTION FOR ORDER IN AID OF JUDGMENT

COMES NOW the Plaintiff in the above-captioned matter, by and through its Attorney at Law, and hereby respectfully moves that this Honorable Court enter an Order, directed to Defendant, and directing Defendant to appear before this court to answer questions concerning any assets which Defendant may have to satisfy the judgment which has been rendered in the above-captioned matter.

As grounds for this Motion, Plaintiff avers that a monetary judgment was entered in its favor and against Defendant on May 28, 2002, in the amount of $16,500.00, and that the said Judgment remains unsatisfied.

This Motion is made pursuant to the provisions of 7 CMC Section 4205.

DATED, this _____ day of _____24 JAN 2008_____:

                    MICHAEL A. WHITE, LLC

                    _____
                    MICHAEL A. WHITE, ESQ
                    Attorney for Plaintiff
                    (CNMI Bar Ass'n ID No. F0122)