MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
POST OFFICE BOX 5222
SAIPAN, MARIANA ISLANDS 96950
TEL: (670) 234-6547
FAX: (670) 234-9537

ATTORNEY FOR Plaintiff

F I L E D
Clerk
District Court

JAN 2 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HU ZHEN BAI and GUI SHU QUAN, | : | CIVIL ACTION NO.01-0038 |
| Plaintiffs, | : | |
| -v- | : | |
| SAIPAN HWA RANG CORPORATION, | : | |
| dba HONEYMOON MOTEL and | : | |
| YUNG SOON CHA, | : | |
| Defendants. | : | |
| | : | ORDER |

TO:    YUNG SOON CHA, DEFENDANT.

YOU ARE HEREBY ORDERED to appear before this Court on __Thursday__ , the

__6th__ day of ____March, 2008_____ , at the hour of __8:30__ a .m., of

the said day, then and there to answer questions concerning any assets which you may have to satisfy

the Judgment which has been rendered against you in the above-captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this court.

DATED, ____January 29, 2008_____ :

_Alex R. Munson_____
ALEX R. MUNSON, Judge

RECEIVED

JAN 2 8 2008

Clerk
District Court
The Northern Mariana Islands