MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
POST OFFICE BOX 5222
SAIPAN, MARIANA ISLANDS 96950
TEL: (670) 234-6547
FAX: (670) 234-9537

FILED
Clerk
District Court

JAN 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ATTORNEY FOR Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HU ZHEN BAI and GUI SHU QUAN, | : | CIVIL ACTION NO. 01-0038 |
| Plaintiffs, | : | |
| -v- | : | |
| SAIPAN HWA RANG CORPORATION, | : | |
| dba HONEYMOON MOTEL and | : | |
| YUNG SOON CHA, | : | |
| Defendants. | : | ORDER |

TO:   JUNG WON CHA, Secretary-Treasurer,
      SAIPAN HWA RANG CORPORATION, DEFENDANT.

YOU ARE HEREBY ORDERED to appear before this Court on Thursday, the 6th day of March, 2008, at the hour of 8:30 a.m., of the said day, then and there to answer questions concerning any assets which you may have to satisfy the Judgment which has been rendered against you in the above-captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this court.

DATED,   JAN 29 2008   :

_____
ALEX R. MUNSON, Judge