MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
Post Office Box 5222
Saipan, Mariana Islands 96950
Telephone:   (670) 234-6547
Facsimile:   (670) 234-9537

ATTORNEY FOR Plaintiff

FILED
Clerk
District Court

APR 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HU ZHEN BAI and GUI SHU QUAN, | : | CIVIL ACTION NO. 01-0038 |
| Plaintiffs, | : | |
| -v- | : | |
| SAIPAN HWA RANG CORPORATION, dba HONEYMOON HOTEL and YUNG SOON CHA, | : : | |
| Defendants. | : | |

NOTICE OF SATISFACTION

COMES NOW the Plaintiff in the above-captioned matter, by and through its Attorney at Law, and hereby notes that the Judgment which has been rendered in favor of Plaintiff and against Defendant in the above-captioned matter has been paid, satisfied, and discharged in full.

This Notice of Satisfaction applies only to the above-captioned case. It does not apply to any other case with which the above-captioned cased may have been consolidated.

DATED, this _____09 APR 2008_____.

_____
MICHAEL A. WHITE, ESQ.
Attorney for Plaintiff
(CNMI Bar Ass'n ID No. F0122)